# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

BLUE SPIRITS DISTILLING, LLC,
D/B/A/ CORAL CAY BEVERAGE
GROUP

          PLAINTIFF

v.                                CIVIL ACTION NO. 3:23-CV-223-CRS

LUCTOR INTERNATIONAL, L.L.C.
D/B/A 375 PARK AVENUE SPIRITS,
*et al.*

          DEFENDANTS

## AFFIDAVIT OF SABINE DEFILIPPO

Sabine DeFilippo, being duly sworn, states as follows:

1.    My name is Sabine DeFilippo. I have personal knowledge of the facts in this Affidavit, and these facts are true to the best of my knowledge and belief. If called upon to testify in court, this would be my sworn testimony.

2.    I am the Assistant Treasurer at Sazerac Company, Inc. and Sazerac Distillers, LLC (collectively, "Sazerac").

3.    Sazerac placed a hold on payments to Plaintiff, Blue Spirits Distilling, LLC d/b/a Coral Cay Beverage Group ("Blue Spirits") due to this litigation and the underlying dispute with Blue Spirits.

4.    On October 24, 2024, the hold was removed in error.

5.    As a result, the invoices from Blue Spirits were automatically processed and payment totaling $513,360.10 was remitted to Blue Spirits on October 25, 2024.

6.    Sazerac first learned of the inadvertent payment on October 31, 2024, from its counsel and began investigating the payment.

7.    Upon learning of the payment, Sazerac initiated a recall request with Blue Spirits' bank, Wells Fargo, under the National Automated Clearing House Association ("NACHA") to reverse the wired funds.

8.    On November 1, 2024, Defendants received confirmation that Wells Fargo issued a provisional credit to Defendants for the recalled funds.

9.    Sazerac then learned that the provisional credit was rejected and reversed.

10.    The $513,360.10 payment is no longer in Sazerac's account.

11.    Sazerac has concerns about the potential solvency of Blue Spirits and believes there is a high likelihood that these funds could be distributed to other creditors before a judgment could be entered in this case.

12.    If Sazerac is unable to recover the funds paid to Blue Spirits in the event a judgment is entered in Sazerac's favor, Sazerac will be irreparably harmed.


FURTHER AFFIANT SAYETH NAUGHT.


_____
**Sabine DeFilippo**

2

COMMONWEALTH OF KENTUCKY          )
                                  ) SS:
COUNTY OF Jefferson               )

Subscribed and sworn to before me by Sabine DeFilippo this 7th day of November, 2024.

My commission expires: 06-07-2026

Jordan Powell    #KYNP52981
NOTARY PUBLIC

JACKSON TAYLOR THOMAS POWELL
Notary Public-State at Large
KENTUCKY - Notary ID # KYNP52981
My Commission Expires 06-07-2026

3