# EXHIBIT B

Case 3:23-cv-00223-CRS    Document 55-3    Filed 11/07/24    Page 1 of 2 PageID #: 350

Docusign Envelope ID: 5FDB09B5-5E9B-476D-B5EC-2A677C550278

**PROTECTIVE**
**NOTICE OF TERMINATION**
**OF**
**AUTOMATED CLEARING HOUSE AGREEMENTS**

**November 1, 2024**

Please take notice that in the event any prior authorizations for Sazerac Company, Inc., Sazerac Distillers, LLC and/or Luctor International, L.L.C., d/b/a 375 Park Avenue Spirits, and/or any of its affiliates ("**Sazerac**"), to make automated clearing house ("**ACH**") withdrawals from any accounts of Blue Spirits Distilling, LLC, d/b/a Coral Cay Beverage Group ("**Blue Spirits**"),

ARE HEREBY REVOKED in their entirety.

Blue Spirits additionally hereby affirmatively refuses authorization for any withdrawals by Sazerac from any account Blue Spirits may have and asserts that no authority exists to initiate any ACH withdrawal from Blue Spirits LLC's' accounts.


Blue Spirits Distilling, LLC,
d/b/a Coral Cay Beverage Group

by  *Jeffrey Soehren*
_____
Jeffrey Soehren, Member
Date: November 1, 2024
_____

Notice of Termination of ACH Agreements
Page 1 of 1
4HM7616